# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:13-CV-00255-WO-JLW

| | |
|---|---|
| THOMAS BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN SKY FINANCIAL, LLC, *et al.*, <br><br> Defendants. | **NOTICE OF SPECIAL APPEARANCE OF NEIL M. BAROFKSY** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Neil M. Barofsky of Jenner & Block LLP, as counsel of record for Defendants CashCall, Inc., Delbert Services Corporation, John Paul Reddam, Payday Financial, LLC, Western Sky Financial, LLC, and WS Funding, LLC, in the above-captioned civil action.

Mr. Barofsky certifies that he is an active member in good standing of the bar of New York. He is also a member in good standing admitted to practice before the following courts: the United States Supreme Court; the United States District Court for the Eastern District of New York; and the United States District Court for the Southern District of New York. Mr. Barofsky further certifies that he understands that by entering an appearance he submits to the disciplinary

88735.2

jurisdiction of this Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

Hayden J. Silver III certifies that he remains responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Silver further certifies that he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

This the 2nd day of December, 2013.

/s/ Neil Barofsky
Neil Barofsky
N.Y. State Attorney #2757946
Email: nbarofsky@jenner.com
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Telephone: (212) 891-1675
Facsimile: (212) 909-0875

/s/ Hayden J. Silver III
Hayden J. Silver III
N.C. State Bar No. 10037
Email: jsilver@wcsr.com
Raymond M. Bennett
N.C. State Bar No. 36341
Email: rbennett@wcsr.com
Womble Carlyle Sandridge & Rice, LLP
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 755-2188

Facsimile: (919) 755-6099

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, I electronically filed the foregoing **Notice of Special Appearance of Neil M. Barofsky** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, as noted below.

>Aaron F. Goss
>Mona L. Wallace
>John S. Hughes
>Wallace & Graham, P.A.
>525 N. Main Street
>Salisbury, NC 28144
>agoss@wallacegraham.com
>mwallace@wallacegraham.com
>jihughes@wallancegraham.com

This the 2nd day of December, 2013.

>/s/ Neil Barofsky
>Neil Barofsky
>N.Y. State Bar Attorney #2757946
>Email: nbarofsky@jenner.com
>Jenner & Block LLP
>919 Third Avenue
>New York, NY 10022-3908
>Telephone: (212) 891-1675
>Facsimile: (212) 909-0875
>
>/s/ Hayden J. Silver III
>Hayden J. Silver III
>N.C. State Bar No. 10037
>Email: jsilver@wcsr.com

Raymond M. Bennett
N.C. State Bar No. 36341
Email: rbennett@wcsr.com
Womble Carlyle Sandridge & Rice, LLP
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 755-2188
Facsimile: (919) 755-6099


*Counsel for Defendants*