IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER 1:13-CV-00255-WO-JLW

| | |
|---|---|
| THOMAS BROWN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WESTERN SKY FINANCIAL, LLC, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | MOTION FOR LEAVE<br>TO WITHDRAW<br>AS COUNSEL |

Pursuant to Local Civil Rule 83.1(e)(1), Paul K. Sun, Jr., moves the Court for leave to withdraw as counsel for Defendants Western Sky Financial, LLC, Payday Financial, LLC, CashCall, Inc., John Paul Reddam, WS Funding, LLC, and Delbert Services Corporation (collectively "Defendants"). In support of this Motion, Movant shows the Court the following:

1. Movant previously appeared as counsel for Defendants and other parties now dismissed from this action. (DE 4; DE 54).

2. On 25 November 2013, Hayden J. Silver III and Raymond M. Bennett appeared as counsel on behalf of Defendants. (DE 77; DE 78).

3. Defendants have been advised of Movant's intent to file this Motion and approve of its filing.

4. Movant has conferred with counsel for Plaintiffs. Plaintiffs do not oppose this Motion.

5. This Motion is brought in good faith and not for purposes of delay.

For the foregoing reasons, Movant Paul K. Sun, Jr., respectfully requests that the Court grant him leave to withdraw as counsel.

This the 2nd day of December, 2013.

/s/ Paul K. Sun, Jr.
Paul K. Sun, Jr.
N.C. State Bar No. 16847
Email: paul.sun@elliswinters.com
Kelly Margolis Dagger
N.C. State Bar No. 44329
Email: kelly.dagger@elliswinters.com
Ellis & Winters LLP
P.O. Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on 2 December 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 2nd day of December, 2013.

/s/ Paul K. Sun, Jr.
Paul K. Sun, Jr.
N.C. State Bar No. 16847
Email: paul.sun@elliswinters.com
Ellis & Winters LLP
P.O. Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Counsel for Defendants*
